IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                          No. 4:08-cr-353-DPM-3

EVARISTO LOPEZ-CARDENAS                                               DEFENDANT

ORDER

Lopez-Cardenas moves for a sentence reduction based on Guideline Amendment 782. But he's currently serving a sentence because the Court revoked his supervised release. № 104. Amendment 782 does not apply to revocation sentences. U.S.S.G. § 1B1.10, application note 7(A). The motion, № 107, is therefore denied. 18 U.S.C. § 3582(c)(2).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 June 2016